UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1615

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. _____ |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1324(a)(2)(B)(iii) |
| **Troy John RITTENHOUSE** | ) | Bringing in Illegal Alien(s) |
| **AKA: Jerome Robert DOMANE** | ) | Without Presentation |
| | ) | |
| Defendant. | ) | Title 18, U.S.C., Section 1544 |
| | ) | Misuse of Passport |

The undersigned complainant being duly sworn states:

### Count I

On or about **May 22, 2008**, within the Southern District of California, defendant **Troy John RITTENHOUSE AKA: Jerome Robert DOMANE**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Martin VACA-Soto, Araceli JULIAN-Estrada, and Josefina PEREZ-Garcia**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count II

On or about **May 22, 2008**, within the Southern District of California, defendant **Troy John RITTENHOUSE AKA: Jerome Robert DOMANE**, did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. Passport number 433752761, issued to **Jerome Robert DOMANE**, to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not **Jerome Robert DOMANE**, and that the passport was not issued or designed for his use. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **23rd** day of **May, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Martin VACA-Soto, Araceli JULIAN-Estrada,** and **Josefina PEREZ-Garcia**, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 22, 2008, at about 11:40 AM, **Troy John RITTENHOUSE AKA: Jerome Robert DOMANE (Defendant)** made application for admission into the United States at the San Ysidro, California Port of Entry as the driver of a stolen blue 2005 Chevrolet Silverado bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a photo-altered United States Passport bearing the name Jerome Robert DOMANE. The CBP Officer noticed Defendant was nervous during the inspection as his hands were trembling, he was avoiding eye contact and his carotid artery was rapidly pulsing. Defendant stated he was the owner of the vehicle, that he was going to San Diego and was not bringing anything from Mexico. The CBP Officer instructed Defendant to turn the vehicle engine off and hand him the keys. The CBP Officer received a set of keys, however, none belonged to the vehicle. The CBP Officer inspected the vehicle and observed several human beings lying in the extended cab area, concealed under a black cloth. The vehicle and its occupants were subsequently escorted to secondary for further inspection.

In secondary, six people were removed from the concealed location. All six persons were determined to be citizens of Mexico without legal documents to enter the United States. Three of the six undocumented aliens were retained as a material witnesses and are now identified as **Martin VACA-Soto (MW1), Araceli JULIAN-Estrada (MW2),** and **Josefina PEREZ-Garcia (MW3).**

Defendant was queried by 10-digit fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and Integrated Automated Identification System (IAFIS). IDENT and IAFIS returned a match to the query, disclosing Defendant's true identity. It was determined the United States Passport is designated for the use of another person, was wrongfully obtained and used by Defendant in an effort to deceit CBP Officers of his true identity in order to gain admission into the United States.

During separate videotaped interviews, Material Witnesses admitted they are citizens of Mexico without legal documentation to enter the United States. MW1 stated he agreed to pay a fee of $3,000.00 USD to be smuggled into the United States. MW2 and MW3 admitted they each agreed to pay an undisclosed fee to be smuggled into the United States. Material Witnesses admitted they were going to Los Angeles, California to seek residency and employment.