U.S.A. vs **Troy John Rittenhouse**  No. **08mj1615**

The Court finds excludable delay, under the section indicated by check (✓), commenced on **5-28-08** and ended on **5-29-08** ; ( XM )

**3161(h)**

- ___ (1)(A) Exam or hrg for **mental or physical incapacity** — A
- ___ (1)(B) **NARA exam**ination (28:2902) — B
- ___ (1)(D) State or Federal trials or **other charges pending** — C
- ___ (1)(E) **Interlocutory appeals** — D
- ___ (1)(F) **Pretrial motions** (from flg to hrg or other prompt dispo) — E
- ___ (1)(G) **Transfers from other district** (per FRCrP 20, 21 & 40) — F
- ___ (1)(J) **Proceedings under advisement** not to exceed thirty days — G
- ___ Misc proc: Parole or prob rev, deportation, **extradition** — H
- ___ (1)(H) **Transportation** from another district or to/from examination or hospitalization in ten days or less — 6
- ___ (1)(I) Consideration by Court of **proposed plea agreement** — 7
- ___ (2) **Prosecution deferred** by mutual agreement — I
- ✗ (3)(A)(B) **Unavailability of defendant** or **essential witness** — (M)
- ___ (4) Period of **mental or physical incompetence** of defendant to stand trial — N
- ___ (5) Period of **NARA commitment or treatment** — O
- ___ (6) **Superseding indictment and/or new charges** — P
- ___ (7) **Defendant awaiting trial of co-defendant** when no severance has been granted — R
- ___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance — T
- ___ (8)(B)(i) 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)** — T1
- ___ 2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**
- ___ (8)(B)(ii) 2) **Case** unusual or **complex** — T2
- ___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days — T3
- ___ (8)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)** — T4
- ___ 3161(I) Time up to **withdrawal of guilty plea** — U
- ___ 3161(b) **Grand jury indictment time extended** thirty (30) more days — W

Date **5-29-08**     _____ Judge's Initials